UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>     Plaintiff, <br><br>  v. <br><br> **MLJ & Family, Inc.**; and Does 1-10, Inclusive, <br><br>     Defendants. | Case No.: 4:21-cv-09238-HSG <br><br> **ORDER** |

**ORDER**

Plaintiff, Scott Johnson, and Defendant, MLJ & Family, Inc., by and through their attorneys of record, having been considered, the Clerk's Entry of Default against Defendant MLJ & Family, Inc. is hereby set aside. Defendant MLJ & Family, Inc. shall have ten days after the date of this order to file its answer to the complaint.

**IT IS SO ORDERED.**

Dated: 2/16/2022

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S GILLIAM, JR.
United States District Judge